IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VILAY KHOUNSIRIWONG,** | CIV S-08-0101-LEW-CMK-P |
| Petitioner, | **ORDER** |
| **v.** | |
| **JAMES A. YATES,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before March 17, 2008.

DATED: February 19, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1